IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-02315-LTB-CBS

HARVEY SENDER, TRUSTEE OF THE
LIFEBLOOD BIOMEDICAL, INC.
LIQUIDATION TRUST and HARVEY SENDER,
TRUSTEE OF THE LIFEBLOOD BIOMEDICAL,
INC. OPT-IN TRUST,

      Plaintiffs,

v.

WILLIAM JEFFREY MANN, et al.,

      Defendants.

## ORDER

This cause coming to be heard on Plaintiff's Motion to Amend Final Pretrial Order (filed November 15, 2005; *doc. no. 494*), and the court being advised by Plaintiffs' counsel that Defendants are not opposing the requested relief, IT IS HEREBY ORDERED:

    1.      The motion is **GRANTED** and the final pretrial order is amended to include Plaintiff's corrected exhibit list, attached as Exhibit C to the motion.

    2.      Plaintiff shall submit updated damages calculations to include interest calculations through the date of trial and any additional recoveries by Plaintiff prior to trial, at such time as a trial date has been set in this case.

DATED at Denver, Colorado, this 6TH day of December, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge