# EXHIBIT 28

# IRREVOCABLE ASSIGNMENT OF CLAIMS

This Assignment of Claims is executed as of _Aug 8_, 2001 by _Charles E. Branson_ [Name], _18 Pershing St_ [street address], _Thomasville_ [city], _Davidson_ County, _N.C._ [state] to effectuate my participation in the Lifeblood Biomedical, Inc., Opt-In Trust (the "Opt-In Trust").

## RECITALS

A. On July 26, 2000, Lifeblood Biomedical Inc., Lifeblood Cryogenics, Inc., New Millennium Group of Colorado, LLC, and Bluff Dale Corporation (the "Debtors") filed their petitions for reorganization pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Colorado, Joint Case No. 00-18695 DEC.

B. The Proponents' First Amended Joint Plan of Liquidation for the Debtors (the "Plan") was filed by the Chapter 11 Trustee and the Official Unsecured Creditors' Committee on March 5, 2001. The Bankruptcy Court entered its Confirmation Order confirming the Plan on June 11, 2001.

C. The Plan provides, in pertinent part, for the creation of the Opt-In Trust for the benefit of the holders of Allowed Unsecured Claims that elect to assign their individual causes of action arising out of or related to transactions with any of the Debtors ("Individual Claims"). The Opt-In Trust, by and through its Trustee, Harvey Sender, will prosecute and enforce such Individual Claims in accordance with the terms of the Plan and the Opt-In Trust Agreement.

D I am a holder of Allowed Unsecured Claims pursuant to the Plan, and sign this Assignment of Claims voluntarily.

## ASSIGNMENT

1. The term "My Individual Claims" means all claims or causes of action suits, debts, sums of money, controversies, claims to property, damages, judgments, and demands whatsoever, in law or equity, known or unknown, asserted or unasserted, that I have or may have against any and all person(s) other than the Debtors with respect to, related to, or arising from, or in connection with transactions or dealings with, or the status of, any of the Debtors.

2. In consideration of the Recitals, the prosecution of Individual Claims by the Trustee of the Opt-In Trust in accordance with the terms of the Opt-In Trust Agreement and the Plan, and other good and valuable consideration, the sufficiency of which is hereby acknowledged, I irrevocably assign My Individual Claims to Harvey Sender, as Trustee of the Opt-In Trust.

Exhibit 28

Case No. 01-cv-2315

3.   This assignment includes, irrevocably, the authority to take all necessary legal measures to prosecute, for the sole use and benefit of the Opt-In Trust, its representatives and assigns, My Individual Claims, including, without limitation, the full power of substitution, for me and in my name, or otherwise, to (a) demand, sue for, compromise, collect, and give satisfaction My Individual Claims and (b) deposit and distribute all proceeds pursuant to the terms of the Plan and the Opt-In Trust Agreement.

4.   I represent and warrant that (a) I have full rights and authority to enter into this Assignment of Claims, (b) My Individual Claims have not been previously assigned to any third party, and (c) the rights and benefits assigned through this Assignment of Claims are free and clear of any lien, encumbrance, adverse claim or interest by any third party.

5.   This Assignment of Claims shall be binding upon me and inure to the benefit of my successors, beneficiaries and assigns, as well as any successors of Harvey Sender, as Trustee of the Opt-In Trust.

6.   This Assignment of Claims shall be governed and construed in accordance with the laws of the State of Colorado without regard to the rules of conflict of laws of the State of Colorado.

Dated: _____Aug 8_____, 2001

_____Charles E Branson_____
[Signature]

_____Charles E BRANSON_____
[Printed Name]

_____Jeanette E. Branson_____
(Signature)

_____Jeanette E. Branson_____
(Printed Name)

RECEIVED

OCT 1 0 2001

V&C