IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-02315-LTB-CBS

HARVEY SENDER, TRUSTEE OF THE LIFEBLOOD BIOMEDICAL, INC. LIQUIDATION TRUST, and
HARVEY SENDER, TRUSTEE OF THE LIFEBLOOD BIOMEDICAL, INC. OPT-IN-TRUST,

Plaintiffs,

v.

WILLIAM JEFFREY MANN, an individual;
WILLIAM WELLS II, an individual;
FREEBORN & PETERS, an Illinois partnership;
MICHAEL SABIAN, an individual;
DARWIN J. POYFAIR, an individual;
MERKLE & MAGRI, a Florida professional association;
JAMES R. LEONE, P.A., a Florida professional association;
JAMES R. LEONE, an individual; and
THE WILLIAM & ELAINE WELLS FAMILY LIMITED PARTNERSHIP, a Florida limited partnership,

Defendants.

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

---

Defendants Darwin J. Poyfair, Michael Sabian and Freeborn & Peters ("Freeborn Defendants") respectfully move this Court for an enlargement of time of four business days, through and including February 8, 2006, in which to file their reply in support of their Motion for Summary Judgment. In support of this motion, the Freeborn Defendants state:

1.	Pursuant to the Court's Order dated December 14, 2005, the Freeborn Defendants filed their Motion for Summary Judgment on December 29, 2005. Plaintiff filed his response on January 18, 2006, and the Freeborn Defendants' reply brief therefore is due on February 2, 2006.

2.	The attorneys for the Freeborn Defendants have been diligently working on drafting the reply brief. However, due to the press of other business, they require a short extension of time in which to file the reply. Specifically, the undersigned was required to be out of town for most of the previous week taking a three-day deposition that was ordered by the court to be completed by January 27, and is also required to be out of town for portions of this week due to other business. As a result, the Freeborn Defendants request an additional four business days in which to file their reply brief. The Freeborn Defendants have not requested any other extension of time with respect to this reply brief.

3.	A trial date has not been set in this case, and there are no other pending deadlines. As a result, no prejudice will be caused by the requested extension.

4.	Pursuant to Local Rule 7.1(A), the undersigned has conferred with counsel for Plaintiff via telephone concerning the relief requested in this Motion. Plaintiff does not object to the relief requested.

5.	Pursuant to Local Rule 6.1(D), as set forth in the Certificate of Service, a copy of this Motion has been served on all attorneys of record and on the undersigned's clients.

WHEREFORE, the Freeborn Defendants request that their motion be granted and an order entered granting them through and including February 8, 2006, in which to file their reply in support of their Motion for Summary Judgment.

Dated this 31st day of January, 2006.

                                 s/ Carolyn J. Fairless
                                 Carolyn J. Fairless
                                 Wheeler Trigg Kennedy LLP
                                 1801 California Street, Suite 3600
                                 Denver, CO 80202
                                 Telephone: (303) 244-1800
                                 Fax: (303) 244-1879
                                 E-mail: fairless@wtklaw.com

                                 Attorney for Defendant Freeborn & Peters,
                                 Michael Sabian, Darwin J. Poyfair

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 31, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Ann H. Cisneros**
  acisneros@lindquist.com stoms@lindquist.com
- **Herbert Anthony Delap**
  cdelap@duffordbrown.com
- **Carolyn J. Fairless**
  fairless@wtklaw.com hart@wtklaw.com
- **David W. Furgason**
  dfurgason@duffordbrown.com
- **Theodore James Hartl**
  thartl@lindquist.com lrippe@lindquist.com
- **James R. Leone**
  jrleoneattorney@yahoo.com
- **Michael L. O'Donnell**
  odonnell@wtklaw.com pointer@wtklaw.com
- **John C. Smiley**
  jsmiley@lindquist.com stoms@lindquist.com
- **Julie M. Walker**
  walker@wtklaw.com mcguire@wtklaw.com

I hereby certify that on _____, I have mailed or served the document to the following non CMF/ECF participant in the manner indicated by the non-participant's name:

Via U.S. Mail
W. Jeffrey Mann
419 Abbeyridge Court
Ocoee, FL 34761

            s/   Carolyn J. Fairless by Janean C. Hart
            Carolyn J. Fairless
            Attorney for Defendant Freeborn & Peters,
             Michael Sabian, Darwin J. Poyfair
            Wheeler Trigg Kennedy LLP
            1801 California Street, Suite 3600
            Denver, CO  80202
            Telephone:  (303) 244-1800
            Fax:          (303) 244-1879
            E-mail:     fairless@wtklaw.com