IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-02315-LTB-CBS

HARVEY SENDER, TRUSTEE OF THE LIFEBLOOD BIOMEDICAL, INC. LIQUIDATION TRUST, and
HARVEY SENDER, TRUSTEE OF THE LIFEBLOOD BIOMEDICAL, INC. OPT-IN-TRUST,

Plaintiffs,

v.

WILLIAM JEFFREY MANN, an individual;
WILLIAM WELLS II, an individual;
FREEBORN & PETERS, an Illinois partnership;
MICHAEL SABIAN, an individual;
DARWIN J. POYFAIR, an individual;
MERKLE & MAGRI, a Florida professional association;
JAMES R. LEONE, P.A., a Florida professional association;
JAMES R. LEONE, an individual; and
THE WILLIAM & ELAINE WELLS FAMILY LIMITED PARTNERSHIP, a Florida limited partnership,

Defendants.

---

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

---

This matter comes before the Court on the Unopposed Motion for Extension of Time to File Reply In Support of Motion for Summary Judgment filed by Defendants Darwin J. Poyfair, Michael Sabian and Freeborn & Peters ("Defendants"). The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS** that:

Defendants' Motion is **GRANTED**. Defendants shall have through and including February 8, 2006, in which to file their reply in support of their motion for summary judgment.

Dated this _____ day of _____, 2006.

BY THE COURT:

_____
United States District Court Judge