**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  01-cv-02315-LTB-CBS

In re:
HARVEY SENDER, TRUSTEE OF THE LIFEBLOOD BIOMEDICAL, INC. LIQUIDATION TRUST and
HARVEY SENDER, TRUSTEE OF THE LIFEBLOOD BIOMEDICAL, INC., OPT-IN-TRUST,

    Plaintiffs,

v.

WILLIAM JEFFREY MANN, an individual,
WILLIAM WELLS II, an individual,
FREEBORN & PETERS, an Illinois partnership,
MICHAEL SABIAN, an individual,
DARWIN J. POYFAIR, an individual,
MERKLE & MAGRI, a Florida professional association,
JAMES R. LEONE, P.A., a Florida professional association,
JAMES R. LEONE, an individual,
MARLOW, APPLETON & WEATHERFORD, a Florida professional association,
WILLIAM P. WEATHERFORD, an individual, and
THE WILLIAM & ELAINE WELLS FAMILY LIMITED PARTNERSHIP, a Florida limited partnership,

    Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Defendants Darwin J. Poyfair, Michael Sabian and Freeborn & Peters' Unopposed Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment (Doc 502 - filed January 31, 2006) is **GRANTED up to and including February 8, 2006**.

Dated: February 1, 2006
_____