**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 01-cv-02315-LTB-CBS

HARVEY SENDER et al.,

Plaintiffs,

v.

WILLIAM JEFFREY MANN et al.,

Defendants.

---

**NOTICE OF GRANT OF *CERTIORARI* BY COLORADO SUPREME COURT**

---

Defendants Darwin J. Poyfair, Michael Sabian and Freeborn & Peters ("Freeborn Defendants") hereby respectfully gives this Court notice of the February 21, 2006 grant of certiorari in the case of *Anstine v. Alexander*, Colorado Supreme Court Case No. 05SC367 which presents issues relevant to the pending summary judgment motion in this case. The issues to be considered on appeal are: (1) whether Colorado law recognizes a fiduciary duty owed by an insolvent debtor's officer to the debtor's creditors and, if so, whether 11 U.S.C. 544(a) and Colorado law permit a bankruptcy trustee, acting as a hypothetical judgment lien creditor, to sue the debtor's lawyer for aiding and abetting the debtor's officer's breach of this fiduciary duty; and (2) whether a lawyer can be liable for aiding and abetting a breach of fiduciary duty of his client's officer to a non client.

- 1 -

Dated this 14th day of March, 2006.

s/ Julie M. Walker
Julie M. Walker
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, CO  80202
Telephone:  (303) 244-1800
Fax:            (303) 244-1879
E-mail:       walker@wtklaw.com

**ATTORNEYS FOR DEFENDANTS
FREEBORN & PETERS LLP, MICHAEL
SABIAN, DARWIN J. POYFAIR**

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 14, 2006, I electronically filed the foregoing **NOTICE OF GRANT OF CERTIORARI BY COLORADO SUPREME COURT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Ann H. Cisneros**
  acisneros@lindquist.com stoms@lindquist.com

- **Herbert Anthony Delap**
  cdelap@duffordbrown.com rnapier@duffordbrown.com

- **Carolyn J. Fairless**
  fairless@wtklaw.com hart@wtklaw.com

- **David W. Furgason**
  dfurgason@duffordbrown.com rnapier@duffordbrown.com

- **Theodore James Hartl**
  thartl@lindquist.com lrippe@lindquist.com

- **James R. Leone**
  jrleoneattorney@yahoo.com

- **Michael L. O'Donnell**
  odonnell@wtklaw.com pointer@wtklaw.com

- **John C. Smiley**
  jsmiley@lindquist.com stoms@lindquist.com

- **Julie M. Walker**
  walker@wtklaw.com mcguire@wtklaw.com

and deposited a true and correct copy in the United States Mail to the following non CM/ECF participant:

W. Jeffrey Mann
419 Abbeyridge Court
Ocoee, FL  34761

s/ Julie M. Walker by Janean C. Hart
Julie M. Walker
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, CO  80202
Telephone:  (303) 244-1800
Fax:          (303) 244-1879
E-mail:      walker@wtklaw.com