**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   01-cv-02315-LTB-CBS

In re:
HARVEY SENDER, TRUSTEE OF THE LIFEBLOOD BIOMEDICAL, INC. LIQUIDATION TRUST and
HARVEY SENDER, TRUSTEE OF THE LIFEBLOOD BIOMEDICAL, INC., OPT-IN-TRUST,

    Plaintiffs,

v.

WILLIAM JEFFREY MANN, an individual,
WILLIAM WELLS II, an individual,
FREEBORN & PETERS, an Illinois partnership,
MICHAEL SABIAN, an individual,
DARWIN J. POYFAIR, an individual,
MERKLE & MAGRI, a Florida professional association,
JAMES R. LEONE, P.A., a Florida professional association,
JAMES R. LEONE, an individual,
MARLOW, APPLETON & WEATHERFORD, a Florida professional association,
WILLIAM P. WEATHERFORD, an individual, and
THE WILLIAM & ELAINE WELLS FAMILY LIMITED PARTNERSHIP, a Florida limited partnership,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    The Motion to Withdraw Appearance of Ann H. Cisneros (Doc 510 - filed April 13, 2006) is **GRANTED**.  Ann H. Cisneros is allowed to withdraw as counsel for Plaintiff herein.  Plaintiff will continue to be represented by John C. Smiley and Theodore J. Hartl of Lindquist & Vennum, P.L.L.P.

Dated: April 14, 2006
_____