IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 01-cv-02315-LTB-CBS

HARVEY SENDER, TRUSTEE OF THE
LIFEBLOOD BIOMEDICAL, INC. LIQUIDATION TRUST and
HARVEY SENDER, TRUSTEE OF THE
LIFEBLOOD BIOMEDICAL, INC. OPT-IN TRUST,

    Plaintiffs,

v.

WILLIAM JEFFREY MANN, an individual,
FREEBORN & PETERS, an Illinois partnership,
MICHAEL SABIAN, an individual,
DARWIN J. POYFAIR, an individual,
JAMES R. LEONE, P.A., a Florida professional association, and
JAMES R. LEONE, an individual,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion to Attend Pretrial Conference (*doc. no. 513*) is **DENIED**. In light of the numerous objections to the proposed final pretrial order raised by Defendant Leone, consideration of these concerns would be benefitted by the physical participation of Mr. Leone at the final pretrial conference.

**DATED:**    May 19, 2006