**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 01-cv-02315-LTB-CBS

HARVEY SENDER, TRUSTEE OF THE LIFEBLOOD BIOMEDICAL, INC. LIQUIDATION TRUST, and
HARVEY SENDER, TRUSTEE OF THE LIFEBLOOD BIOMEDICAL, INC. OPT-IN-TRUST,
    Plaintiffs,

v.

WILLIAM JEFFREY MANN, an individual;
FREEBORN & PETERS, an Illinois partnership;
MICHAEL SABIAN, an individual;
DARWIN J. POYFAIR, an individual;
JAMES R. LEONE, P.A., a Florida professional association;
JAMES R. LEONE, an individual;
    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Joint Stipulation for Dismissal With Prejudice filed by Plaintiffs Harvey Sender, in his capacity as Trustee of the Lifeblood Biomedical, Inc. Liquidation Trust, and Harvey Sender, in his capacity as Trustee of the Lifeblood Biomedical, Inc. Opt-In Trust, and Defendants Michael Sabian and Darwin J. Poyfair (the "Joint Stipulation"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

The Court, being duly advised, hereby ORDERS that all claims, causes of action, and assertions among the parties to the Joint Stipulation are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties shall bear their own costs and attorneys' fees.

ORDERED this  1st  day of  August , 2006.

                                                s/Lewis T. Babcock
                                              DISTRICT COURT JUDGE