## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 01-cv-02315-LTB-CBS

HARVEY SENDER, TRUSTEE OF THE LIFEBLOOD BIOMEDICAL, INC. LIQUIDATION TRUST, et al.,

    Plaintiffs,

v.

WILLIAM JEFFREY MANN, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

    THIS MATTER comes before the Court upon the Stipulation for Dismissal filed by Plaintiffs Harvey Sender, in his capacity as Trustee of the Lifeblood Biomedical, Inc. Liquidation Trust, and Harvey Sender, in his capacity as Trustee of the Lifeblood Biomedical, Inc. Opt-In Trust, and Defendants James R. Leone, P.A. and James R. Leone (the "Stipulation"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

    The Court, being duly advised, hereby ORDERS that all claims, causes of action, and assertions among the parties to the Stipulation are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties shall bear their own costs and attorneys' fees.

    ORDERED this 9th day of August, 2006.

                                       BY THE COURT:

                                       s/Lewis T. Babcock
                                       LEWIS T. BABCOCK, CHIEF JUDGE