IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 01-cv-02315-LTB-CBS

HARVEY SENDER, TRUSTEE OF THE LIFEBLOOD BIOMEDICAL, INC. LIQUIDATION TRUST, et al.,

    Plaintiffs,
v.

WILLIAM JEFFREY MANN, et al.,

    Defendants.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

THIS MATTER comes before the Court upon the Motion to Dismiss, as to Defendant William Jeffrey Mann, filed by Plaintiffs Harvey Sender, in his capacity as Trustee of the Lifeblood Biomedical, Inc. Liquidation Trust, and Harvey Sender, in his capacity as Trustee of the Lifeblood Biomedical, Inc. Opt-In Trust, (the "Motion").

The Court, being duly advised, hereby ORDERS that all claims, causes of action, and assertions of Defendant William Jeffrey Mann are dismissed without prejudice. The parties shall bear their own costs and attorneys' fees.

ORDERED this   13th   day of   September  , 2006.

                                            s/Lewis T. Babcock
                                            DISTRICT COURT JUDGE